

**U.S. Department of Justice**

*United States Attorney*
*Southern District of West Virginia*

---

| | |
|---|---|
| *United States Courthouse* | *Mailing Address* |
| *300 Virginia Street, East* | *Post Office Box 1713* |
| *Suite 4000* | *Charleston, WV 25332-1713* |
| *Charleston, WV 25301* | *(304) 345-2200* |
| *FAX: (304) 347-5104* | *1-800-659-8726* |

October 11, 2005

Teresa L. Deppner
Clerk of Courts
United States District Court
300 Virginia St. E.
Suite 2400
Charleston, WV 25301

ATTENTION:    Ted Philyaw

        Re:    United States v. <u>Martin Ganz</u>
             Criminal No. <u>2:96-00057-01</u>

Dear Mr. Philyaw:

    Our records indicate that the above named defendant's liability to pay expired in the criminal monetary impositions in this criminal action. Please note your records accordingly. We are closing our record in this case.

    If you have any questions, please contact me.

                                Very truly yours,

                                CHARLES T. MILLER
                                Acting United States Attorney

                By:    Patti D. Boley
                      FINANCIAL LITIGATION UNIT

/pdb

[FILED OCT 12 2005 — TERESA L. DEPPNER, CLERK, U.S. District & Bankruptcy Courts, Southern District of West Virginia]